UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                Case No.  2:06cr20151-3-Ma

**CORNELIUS BELL**
_____

# ORDER APPOINTING COUNSEL PURSUANT TO
# THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

- A  member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

## TYPE OF APPOINTMENT

- All purposes including trial and appeal

**DONE** and **ORDERED** in 167 North Main, Memphis,   this 13th day of December, 2006.

                                                                                            _____ s/ James H. Allen_____
                                                                                              JAMES H. ALLEN
                                                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
CORNELIUS BELL